IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GERALD BEELAND d/b/a POBIDDY KENNELS, <br><br> Plaintiff, <br><br> v. <br><br> SCHELL & KAMPETER, INC., DIAMOND PET FOODS, INC. d/b/a DIAMOND PET FOODS, PEOPLES GRAIN COMPANY, INC., JOHNSTON SEED COMPANY, INC. JOHNSTON-LOCKE SEED, CO., INC., FICTITIOUS ENTITIES 1-3, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:06-CV-74 (WLS) |

## PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

COMES NOW Gerald Beeland d/b/a Pobiddy Kennels, Plaintiff in the above-styled case, and hereby amends his Complaint as follows:

125.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 124 of Plaintiff's original Complaint, and any and all counts and other claims for relief therein, including without limitation the WHEREFORE clause and prayers for relief.

126.

Plaintiff hereby amends Paragraph 8 of his original Complaint to reflect the additional allegations: This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1331 because the Complaint as amended raises a federal question.

## COUNT XVIII

### VIOLATIONS OF FEDERAL LAW

127.

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 126 of this Complaint.

128.

Defendants have violated the Federal Food Drug and Cosmetic Act, the Federal Environmental Protection Act, federal consumer protection acts, and other laws of the United States.

129.

The federally imposed recall in question in this case was initiated as to pet food placed into the stream of commerce by Defendants.

130.

Defendants failed to employ necessary checks and/or inspections prior to selling, distributing, or placing a defective product (pet food) into the stream of commerce as provided under federal law.

131.

The recall was issued by the federal government alleging that the product (pet food) presented a risk of illness or injury or gross consumer deception establishing a per se violation of federal law.

132.

Plaintiff seeks all remedies at law and equity under federal law, including without limitation, the federal Food Drug and Cosmetic Act, the federal Environmental Protection Act, and federal consumer protection acts.

Respectfully submitted this 27th day of June, 2006.

ADORNO & YOSS, LLC

_____
Kurt R. Hilbert
Georgia Bar No. 352877

*Attorney for Plaintiff*

Two Midtown Plaza
1349 West Peachtree Street, NW
Suite 1500
Atlanta, Georgia  30309
Telephone  (404) 347-8300
Facsimile   (404) 347-8395

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's First Amendment to Complaint was served upon the opposing parties by placing same in the United States Mail, via electronic filing with the Clerk of Court using the EM/ECF system, which automatically sends an email notification of such filing, and by regular mail with adequate postage thereon and properly addressed as follows:

Mary M. Katz, Esq.
Chambless, Higdon, Richardson, Katz & Griggs, LLP
577 Walnut Street, Suite 200
Post Office Box 246
Macon, Georgia 31202-0246

Richard C. Foster
Hicks, Casey & Foster, P.C.
136 North Fairground Street, Suite 100
Marietta, Georgia 30060

John C. Daniel, III
Martin Snow, LLP
240 Third Street
P. O. Box 1606
Macon, Georgia 31202-1606

This 27th day of June, 2006.

ADORNO & YOSS, LLC

By: _____
Kurt R. Hilbert
Georgia Bar No. 352877

{214581.0001/A0065618_1}                     5

*Attorney for Plaintiff*

Two Midtown Plaza
1349 W. Peachtree Street, N.W.
Suite 1500
Atlanta, Georgia 30309
T: (404) 347-8300
F: (404) 347-8349